Samuel L. BROWN, Plaintiff–
Appellant,

v.

Anthony HATHAWAY; Lillian Gilliam; Lt. Biggs; Ms. Walton, Defendants–
Appellees,

and

A. Spruill; Gibbs; Sanderlin; C/O Brown, Defendants.

No. 10–7720.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 6, 2011.

Samuel L. Brown, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel L. Brown appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown V. Hathaway*, No. 5:09–ct–03004–BO, 2010 WL 4809034 (E.D.N.C. Sept. 29, 2009); (Nov. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*